NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KINETIC CONCEPTS, INC., KCI LICENSING, INC., KCI USA, INC., KCI MEDICAL RESOURCES, KCI MANUFACTURING, AND MEDICAL HOLDINGS LIMITED,**
*Plaintiffs,*

AND

**WAKE FOREST UNIVERSITY HEALTH SCIENCES,**
*Plaintiff-Appellant,*

v.

**SMITH & NEPHEW, INC.,**
*Defendant-Appellee.*

---

2011-1105

---

Appeal from the United States District Court for the Western District of Texas in case no. 08-CV-0102, Judge W. Royal Furgeson.

---

**ON MOTION**

---

**ORDER**

Wake Forest University Health Sciences ("Wake Forest") moves to withdraw Donald R. Dunner, Don O. Burley, Tina E. Hulse, and Erik R. Puknys as counsel for the appellant and to substitute Matthew D. Powers as principal attorney. Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc., KCI Medical Resources, KCI Manufacturing, and Medical Holdings Limited ("KCI) move to withdraw Donald R. Dunner, Don O. Burley, Tina E. Hulse, and Erik R. Puknys as counsel, to substitute Young J. Park as principal attorney, and to withdraw as parties to this appeal. Smith & Nephew, Inc. moves for a 60-day extension of time, until September 19, 2011, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

JUL 18 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Donald R. Dunner, Esq.
Young J. Park, Esq.
Matthew D. Powers, Esq.
Joseph R. Re, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 18 2011

JAN HORBALY
CLERK